# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: LEHIGH COUNTY CONSTABLES : No. 43 MM 2018
:
:
PETITION OF: DENNIS C. HUBER AND :
FREDERICK BAINHAUER, III :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of June, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.